IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR JAMALADDIN | : | CIVIL ACTION |
| | : | NO. 12-4686 |
| v. | : | |
| | : | |
| SCOTT DIETTERICK et al. | : | |
| | : | |

## ORDER

AND NOW, this 8th day of November, 2012, after consideration of plaintiff Omar Jamaladdin's emergency affidavit in the nature of a motion for injunctive relief, it is ORDERED that the motion is DENIED.

It is FURTHER ORDERED that plaintiff shall respond to defendants' motions to dismiss on or before November 28, 2012.

                                               *s/Thomas N. O'Neill, Jr.*
                                               THOMAS N. O'NEILL, JR., J.