IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR JAMALADDIN | : | CIVIL ACTION |
| | : | NO. 12-4686 |
| vs. | : | |
| SCOTT DIETTERICK, ET AL. | : | |

ORDER

AND NOW, this 29th day of January, 2013, after considering the motions to dismiss of defendants, Scott Dietterick, The Court of Common Pleas of Philadelphia County, Pennsylvania, Martha Von Rosenstiel, Sheriff Jewel Williams and Acting Sheriff Barbara Deeley and plaintiff's responses thereto, the complaint against all defendants is DISMISSED with prejudice.

/s/ *Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR.     J.